UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARTHUR J. CLEMENS, Jr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:17CV2381 RLW |
| | ) |
| LOCAL ONE, SERVICE EMPLOYEES | ) |
| INTERNATIONAL UNION, et al., | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT

Pursuant to the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants Local One, Service Employees International Union, Tom Balanoff, Laura Garza, and Nancy Cross's Motion to Dismiss or in the Alternative for Summary Judgment (ECF No. 65) is **GRANTED**, and Plaintiff Arthur J. Clemens, Jr.'s claims against Defendants Local One, Service Employees International Union, Tom Balanoff, Laura Garza, and Nancy Cross are **DISMISSED**.

Dated this 23rd day of September, 2019.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE